UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sary C.,

    Plaintiff,

v.

Kilolo Kijakazi,

    Defendant.

Case No. 23-cv-474 PJS/ECW

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 8, 2023, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for reversal and remand of the Commissioner's decision (Dkts. 10. 12) is **GRANTED in part**;

2. The Commissioner's request that the Court affirm the Commissioner's decision (Dkt. 11) is **DENIED**; and

3. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this Report and Recommendation

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 27, 2023

        *s/Patrick J. Schiltz*
        PATRICK J. SCHILTZ
        United States Chief District Judge